**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
_____       :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**              **JURY TRIAL DEMANDED**

MARGARET BROWNE

Case No: 2:16-cv-03471

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Margaret Browne, is identified more fully in Paragraph 3 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 10877 Old Trail Road, Irwin PA 15642.

4. The Xarelto User resides (or if deceased, resided at the time of death) at

    10877 Old Trail Road, Irwin PA 15642.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: April 20, 2016

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on  April 20, 2016 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*